1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JON CHRISTOPHER BLAYLOCK,          ) NO. CV 09-4330-PA (MAN)
                                        )
12                Petitioner,           )
                                        )
13        v.                            ) ORDER ACCEPTING FINDINGS AND
                                        )
14   BRIAN HAWS,                        ) RECOMMENDATIONS OF UNITED STATES
                                        )
15                Respondent.           ) MAGISTRATE JUDGE
     _____)
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19   for Writ of Habeas Corpus ("Petition"), all of the records herein, and

20   the Report and Recommendation of United States Magistrate Judge

21   ("Report").  The time for filing Objections to the Report has passed and

22   no Objections have been filed with the Court.  The Court accepts the

23   findings and recommendations set forth in the Report.

24

25        IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

26   shall be entered dismissing this action with prejudice.

27

28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 5, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2