**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON CHRISTOPHER BLAYLOCK, | ) NO. CV 09-4330-PA (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BRIAN HAWS, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 6, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE